# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORSEY JACKSON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WATERLOGIC USA, INC.** | : | NO. 17-5450 |

## ORDER

**NOW**, this 27th day of March, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE